The Honorable John C. Coughenour
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOSE MEDINA CAMACHO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware corporation; INTELIUS LLC, a Delaware limited liability company; and THE CONTROL GROUP MEDIA COMPANY, LLC,<br><br>Defendants. | CASE NO. C21-1074-JCC-SKV<br><br>JOINT MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT<br><br>NOTE ON MOTION CALENDAR: November 3, 2021 |

PeopleConnect, Inc., Intelius LLC, and The Control Group Media Company, LLC ("Defendants") and Jose Medina Camacho, on behalf of himself and all others similarly situated ("Plaintiff"), by and through their undersigned counsel, respectfully move for an extension of time for all Defendants to answer or otherwise respond to Plaintiff's First Amended Class Action Complaint such that all Defendants will answer or otherwise respond by December 27, 2021. In support of this Motion, the Parties state as follows:

JOINT MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 1
C21-1074-JCC-SKV

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

1. Plaintiff filed a class action complaint against PeopleConnect, Inc. and Intelius LLC on August 11, 2021 (ECF No. 1).

2. Defendants PeopleConnect, Inc. and Intelius LLC waived service, resulting in a current date to answer or otherwise plead of 60 days from September 30, 2021, i.e., November 29, 2021 (ECF No. 17).

3. On October 28, 2021, Plaintiff filed a First Amended Class Action Complaint ("Complaint"), adding The Control Group Media Company, LLC as a Defendant (ECF No. 19).

4. On October 28, 2021, counsel for Defendants agreed to waive service for The Control Group Media Company, LLC. Given that agreement, The Control Group Media Company, LLC's date to answer or otherwise respond to Plaintiff's Complaint is December 27, 2021.

5. To reconcile the competing responsive dates, and in the interests of efficiency and judicial economy, the Parties agree that the deadline for all three Defendants to answer or otherwise respond to Plaintiff's Complaint should be on the same date, up to and including December 27, 2021.

WHEREFORE, for the reasons stated herein, the Parties respectfully request that this Court grant this Motion and enter an Order extending the deadline for all Defendants (PeopleConnect, Inc., Intelius LLC, and The Control Group Media Company, LLC) to respond to Plaintiff's Complaint up to and including December 27, 2021.

JOINT MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 2
C21-1074-JCC-SKV

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 3rd day of November, 2021.

| | |
|---|---|
| PEOPLECONNECT, INC., INTELIUS LLC, and THE CONTROL GROUP MEDIA COMPANY, LLC | JOSE MEDINA CAMACHO |
| s/ *Michael Rosenberger*<br>Michael Rosenberger, WSBA #17730<br>600 University Street, Suite 2915<br>Seattle, Washington 98101<br>206 467-6477<br>mrosenberger@gordontilden.com<br><br>*Attorney for Defendants PeopleConnect, Inc., Intelius LLC, and The Control Group Media Company, LLC* | s/ *Kim D. Stephens*<br>Kim D. Stephens, P.S. (WSBA # 11984)<br>Cecily Jordan (WSBA # 50061)<br>TOUSLEY BRAIN STEPHENS<br>1200 Fifth Ave., Ste 1700<br>Seattle, WA 98101<br>206 682-5600<br>kstephens@tousley.com<br>cjordan@tousley.com<br><br>Ari J. Scharg (*pro hac vice*)<br>Benjamin H. Richman (*pro hac vice*)<br>Benjamin Scott Thomassen (*pro hac vice*)<br>EDELSON PC<br>350 N LaSalle St., 14th Floor<br>Chicago, IL 60654<br>312 239-3362<br>ascharg@edelson.com<br>brichman@edelson.com<br>bthomassen@edelson.com<br><br>Kevin Abramowicz (*pro hac vice*)<br>Kevin W. Tucker (*pro hac vice*)<br>EAST END TRIAL GROUP LLC<br>6901 Lynn Way, Ste 215<br>Pittsburgh, PA 15208<br>412 223-5740<br>kabramowicz@eastendtrialgroup.com<br>ktucker@eastendtrialgroup.com<br><br>*Attorneys for Plaintiff Jose Medina Camacho* |

IT IS SO ORDERED.

*/s/ S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

DATE: 4th day of November, 2021

JOINT MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 3
C21-1074-JCC-SKV

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477