The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOSE MEDINA CAMACHO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware corporation; INTELIUS LLC, a Delaware limited liability company; and THE CONTROL GROUP MEDIA COMPANY, LLC,<br><br>Defendants. | Case No. C21-1074-JCC-SKV<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES AND TO STAY DISCOVERY<br><br>NOTE ON MOTION CALENDAR: December 7, 2021 |

The Parties respectfully move for an agreed briefing schedule for Defendants' motion to dismiss and to stay discovery pending resolution of Defendants' motion to dismiss. In support of this Motion, the Parties state as follows:

1. Plaintiff filed a class action complaint against PeopleConnect, Inc. and Intelius LLC on August 11, 2021 (Dkt. No. 1).

2. Defendants PeopleConnect, Inc. and Intelius LLC waived service, resulting in a date to answer or otherwise plead of November 29, 2021 (Dkt. No. 17).

3. On October 28, 2021, Plaintiff filed a First Amended Class Action Complaint ("Complaint"), adding The Control Group Media Company, LLC as a Defendant (Dkt. No. 19).

STIPULATED MOTION TO EXTEND DEADLINES - 1
No. C21-1074-JCC-SKV

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

4.       On October 28, 2021, counsel for Defendants agreed to waive service for The Control Group Media Company, LLC.  Given that agreement, The Control Group Media Company, LLC's date to answer or otherwise respond to Plaintiff's Complaint is December 27, 2021.

5.       To reconcile the competing responsive dates, and in the interests of efficiency and judicial economy, the Parties agreed that the deadline for all three Defendants to answer or otherwise respond to Plaintiff's Complaint should be on the same date, up to and including December 27, 2021.  On November 4, 2021, this Court entered an order extending the deadline for all Defendants (PeopleConnect, Inc., Intelius LLC, and The Control Group Media Company, LLC) to respond to Plaintiff's Complaint up to and including December 27, 2021.  (Dkt. No. 22.)

6.       Because of competing prior obligations in a number of matters for both Parties, the Parties have agreed to extend Defendants' deadline to file its motion to dismiss Plaintiff's Amended Complaint up to and including January 14, 2022.

7.       The Parties agree that Plaintiff will have until February 11, 2022, to file a response to Defendants' motion to dismiss.

8.       The Parties agree that Defendants will have until February 18, 2022, to file a reply in support of their motion to dismiss.

9.       The Parties agree to stay discovery pending the resolution of Defendants' motion to dismiss.

WHEREFORE, for the reasons stated herein, the Parties respectfully request that this Court grant this Motion and enter an Order extending the deadline for all Defendants (PeopleConnect, Inc., Intelius LLC, and The Control Group Media Company, LLC) to respond to Plaintiff's Complaint up to and including January 14, 2022, for Plaintiff to respond up to and including

STIPULATED MOTION TO EXTEND DEADLINES - 2
No. C21-1074-JCC-SKV

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

February 11, 2022, and for Defendants to file their reply in support of their motion to dismiss up to and including February 18, 2022, and to stay discovery pending resolution of Defendants' motion to dismiss.

DATED this 7th day of December, 2021.

| | |
|---|---|
| **GORDON TILDEN THOMAS & CORDELL LLP**<br>*Attorneys for Defendants PeopleConnect, Inc., Intelius LLC and The Control Group Media Company, LLC*<br><br>By: s/ *Michael Rosenberger*<br>    Michael Rosenberger, WSBA #17730<br>    Mark Wilner, WSBA #31550<br>    Samantha K. Pitsch, WSBA #54190<br>    600 University Street, 2915<br>    Seattle, Washington 98101<br>    Telephone:  206-467-6477<br>    mrosenberger@gordontilden.com<br>    mwilner@gordontilden.com<br>    spitsch@gordontilden.com | **TOUSLEY BRAIN STEPHENS**<br>*Attorneys for Plaintiff Jose Medina Camacho*<br><br>By: s/ *Kim D. Stephens*<br>    Kim D. Stephens (WSBA #11984)<br>    Cecily Jordan (WSBA #50061)<br>    1200 Fifth Ave, Ste 1700<br>    Seattle, WA 98101<br>    Telephone: 206-682-5600<br>    kstephens@tousley.com<br>    cjordan@tousley.com<br><br>Ari J. Scharg *(pro hac vice)*<br>Benjamin H. Richman *(pro hac vice)*<br>Benjamin S. Thomassen *(pro hac vice)*<br>EDELSON P.C.<br>350 North LaSalle Street, 14th Floor<br>Telephone: 312-589-6370<br>ascharg@edelson.com<br>brichman@edelson.com<br>bthomassen@edelson.com<br><br>Kevin Abramowicz *(pro hac vice)*<br>Kevin W Tucker *(pro hac vice)*<br>EAST END TRIAL GROUP LLC<br>6901 Lynn Way, Ste 216<br>Pittsburgh, PA 15208<br>Telephone: 412-877-5220<br>ktucker@eastendtrialgroup.com<br>kabramowicz@eastendtrialgroup.com |

STIPULATED MOTION TO EXTEND DEADLINES - 3
No. C21-1074-JCC-SKV

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

IT IS SO ORDERED.

DATED this 8th day of December, 2021.

                                                              _____
                                                              S. KATE VAUGHAN
                                                              United States Magistrate Judge

STIPULATED MOTION TO EXTEND DEADLINES - 4
No. C21-1074-JCC-SKV

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477